UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JEAN DUPONT,                          )
                                      )
          Petitioner,                 )
                                      )
     v.                               )          No. 2:25-cv-00593-JAW
                                      )
HAMILTON MESERVE, et al.,             )
                                      )
          Respondents.                )

## ORDER TO RESPOND

On December 23, 2025, the Court heard oral argument on Mr. Dupont's petition for writ of habeas corpus. *Min. Entry* (ECF No. 25). At the conclusion of oral argument, the Court asked Respondents within a week to submit proposed conditions of release that would govern Mr. Dupont's release from U.S. Immigration and Customs Enforcement detention should the Court grant his petition. Because the Court has not received Respondents' proposed conditions, the Court ORDERS Respondents no later than two days from the date of this order to respond with its proposed conditions. For the sake of expedience, the parties may confer and submit joint proposed release conditions. If the parties are unable to confer and submit a joint proposal, the Court ORDERS Mr. Dupont to respond to Respondents' proposed release conditions within one day of their submission.

     SO ORDERED.

                         /s/ John A. Woodcock, Jr.
                         JOHN A. WOODCOCK, JR.
                         UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2025