UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JEAN DUPONT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-00593-JAW |
| | ) | |
| HAMILTON MESERVE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On November 24, 2025, Jean Dupont[1] filed a verified petition for writ of habeas corpus and an emergency motion seeking a temporary restraining order (TRO) against his removal from the District of Maine. *Pet. for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241* (ECF No. 1) (*Pet.*); *Emer. Mot. for Temp. Restraining Order to Stop Transfer Without Prior Consent* (ECF No. 4). The next day, November 25, 2025, the Court issued a temporary restraining order (TRO), enjoining Respondents from removing Mr. Dupont from the District of Maine pending his habeas proceedings, *Order on Mot. for TRO* (ECF No. 8), which the Court then converted to a preliminary injunction on December 9, 2026, which remained "in effect until further order from this Court." *Order Converting TRO to Prelim. Inj.* at 3 (ECF No. 19).

On January 9, 2026, the Court granted Mr. Dupont's habeas petition and ordered his immediate release from U.S. Immigration and Customs Enforcement

---

[1] Pursuant to District of Maine Local Rule 10(d), Petitioner proceeds under the pseudonym Jean Dupont. *Notice of Petr.'s Actual Name under Local Rule 10(d)(1)* (ECF No. 3).

custody.  *Order on Pet. for Writ of Habeas Corpus* (ECF No. 30).  Based on representations from his counsel, Respondents removed Mr. Dupont from the District of Maine on January 11, 2026.  *Emer. Mot. to Enforce the Prelim. Inj. or, in the Alternative, for TRO to Bar Transfer Outside the Dist. of Me.* (ECF No. 32).  The Court's order did not address the December 9, 2025 preliminary injunction nor has judgment been entered in this case.  Accordingly, the preliminary injunction blocking Respondents from transferring Mr. Dupont outside the District of Maine remains in effect and the Court ORDERS Respondents to return Mr. Dupont to the District of Maine immediately.

      SO ORDERED.

                                          /John A. Woodcock, Jr.
                                          JOHN A. WOODCOCK, JR.
                                          UNITED STATES DISTRICT JUDGE

Dated this 11th day of January, 2026