UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JEAN DUPONT,<br><br>      Petitioner,<br><br>v.<br><br>HAMILTON MESERVE, et al.,<br><br>      Respondents. | No. 2:25-cv-00593-JAW |

**ORDER DIRECTING PETITIONER'S IMMEDIATE RELEASE**

On January 11, 2026, the Court ordered Respondents to return Mr. Dupont to the District of Maine immediately, based on the existing December 9, 2025 preliminary injunction blocking Respondents from transferring Mr. Dupont outside the District. Dkt 33. Following a telephonic conference with the parties on January 12, 2026, the Court orders, over the objections of the Respondents, as follows:

1. The Court **ORDERS** Respondents to release Petitioner Jean Dupont from Respondents' custody **immediately** from his current location at the ICE Staging Facility in Alexandria, Louisiana (the "Facility"), to facilitate his pick-up at the Facility by a professional driver arranged by Petitioner's counsel.
2. The Court **ORDERS** Respondents to issue the Petitioner standard release paperwork at the time of his release that is sufficient to serve as identification to the Transportation Security Administration (TSA) to permit domestic air travel.
3. The Court **ORDERS** Respondents to provide this Order immediately to officials in the appropriate chain of command at U.S. Customs Immigration and Enforcement ("ICE") and GEO Group, the private operator of the Facility, to be able to immediately effectuate Petitioner's release, including but not limited to AFOD Scott Ladwig, AFOD Brian Acuna, and Facility Administrator Shad Rice, and to provide notice to Petitioner's counsel immediately after receiving notice of when Petitioner's release will be effectuated and any other logistical information needed to effectuate pick-up by the professional driver.
4. Petitioner is released under the following conditions to ensure his return to Maine as quickly as possible:
   a. Depending on the timing of release, Petitioner will board the appropriate flight leaving from the Alexandria International Airport (AEX) to fly by private carrier

      to the Boston Logan International Airport (BOS) on one of the two following itineraries:
         i. AA3721 leaving from AEX at 2:23 p.m. and arriving at BOS at 9:55 p.m., with a layover at the Dallas Fort Worth International Airport (DFW);
         ii. DL 5314 leaving from AEX at 5:00 p.m. and arriving at BOS at 1:04 a.m., with a layover at the Hartsfield-Jackson Atlanta International Airport (ATL)
   b. Immediately upon Petitioner's arrival at Boston Logan, Petitioner will travel to South Portland, Maine, where he resides.
   c. Petitioner will remain bound by the ICE Order of Supervision served on him on January 11, 2026.

5. All of the Court's prior orders, including its December 9, 2025 preliminary injunction barring Mr. Dupont's transfer and its January 9, 2026 Order granting Count I of Mr. Dupont's habeas petition and ordering his immediate release from ICE custody subject to the specified Court-authorized release conditions, remain in effect.
6. The Court will issue a separate version of this order under seal using the Petitioner's actual name, which the Clerk's Office will promptly email to the Parties, to facilitate Petitioner's immediate release and avoid confusion.

                        /s/ John A. Woodcock, Jr.
                        JOHN A. WOODCOCK, JR.
                        UNITED STATES DISTRICT JUDGE

Dated this 12th day of January, 2026